UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
BAY CITY DIVISION

In the Matter of:

MARK W. HICKMOTT,                       Case No. 09-23572-DSO
                                                 Chapter 7
                                                 HON. Daniel S. Opperman
                  Debtor.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

       The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

Law Offices of W. Frank, PC                  #6                  $219.39


Dated: March 10, 2011                          */s/ Karen E. Evangelista (P36144)*
                                                   Karen E Evangelista, Trustee
                                                   439 S. Main St., Suite 250
                                                   Rochester, MI 48307
                                                   (248) 652-7992
                                                   brewera1008@yahoo.com